Law Office of
# RICHARD B. JONES
273 S. Scott Avenue
Tucson, Arizona 85701
(520) 884-1234
richard.b.jones@azbar.org
AzBar:009144

Attorney for Claimants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CV03-2345 PHX VAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| (1) $493,850 in U.S. Currency, and | ) | |
| (2) One 1993 Ford F-350 Truck, | ) | |
| | ) | |
| Defendants. | ) | |
| ******************************** | ) | |
| Roy Bruno, and | ) | |
| Miguel Camacho, | ) | |
| Claimants. | ) | |
| | ) | |

Notice is hereby given that the Claimants in the above-named case hereby appeal

to the United States Court of Appeals for the Ninth Circuit from the final judgment and

order dated January 23, 2006. The Claimants will assert on appeal that the information

considered by the court in granting summary judgment for the Government was tainted by

the earlier illegal search.

RESPECTFULLY SUBMITTED February 3, 2006.


s/Richard B. Jones
Richard B. Jones
Attorney for Defendant

1

*Certificate of Service*

2 I hereby certify that on February 3, 2006 I electronically transmitted this document to the

3 Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of
Electronic filing to the following CM/ECF registrants:

4       •     Reid Pixler, Assistant United States Attorney

And a  paper copy was delivered to:

5       •     The Honorable Virginia Mathis (w/NEF)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28