A-11 (rev. 7/00)                                   Page 1 of 2



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

**TITLE IN FULL:** USA v. $493,850.00 in US Currency and One 1993 Ford F350 Truck

**DISTRICT:** Arizona

**JUDGE:** Virginia Mathis

**DISTRICT COURT NUMBER:** CV03-2345 PHX VAM

**DATE NOTICE OF APPEAL FILED:** Feb. 3, 2006

**IS THIS A CROSS-APPEAL?** ☐ YES

IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

This was a currency seizure. The court suppressed some evidence but considered secondary evidence in granting summary judgment for the Government.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Whether or not the evidence considered by the court was tainted by the prior illegal search.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

**LOWER COURT INFORMATION**

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☒ FEDERAL QUESTION | ☒ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $_____ AWARDED $_____ |
| ☐ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| | | ☐ DISMISSAL/MERITS | ☐ INJUNCTIONS: |
| ☐ OTHER (SPECIFY): | | ☒ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ JUDGMENT/COURT DECISION | ☐ PERMANENT |
| | | ☐ JUDGMENT/JURY VERDICT | ☒ GRANTED |
| | | ☐ DECLARATORY JUDGMENT | ☐ DENIED |
| | | ☐ JUDGMENT AS A MATTER OF LAW | |
| | ☐ OTHER (SPECIFY): | ☐ OTHER (SPECIFY): | ☐ ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ |
| | | | ☐ PENDING |
| | | | ☐ COSTS: $_____ |

### CERTIFICATION OF COUNSEL

I CERTIFY THAT:
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____[signature]_____          2/3/06
         Signature                Date

### COUNSEL WHO COMPLETED THIS FORM

NAME: Richard B. Jones
FIRM:
ADDRESS: 273 S. Scott Ave. Tucson AZ 85701
E-MAIL: Richard.B.Jones@AZBAR.org
TELEPHONE: (520) 884-1234
FAX: (520) 884-9687

*THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL*
*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS*