IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$493,850.00 in U.S. Currency and)<br>One 1993 Ford F350 Truck, )<br>)<br>Defendants, )<br>)<br>Roy Bruno and Miguel Camacho, )<br>)<br>Claimants. ) | CIV 03-2345 PHX VAM<br><br>O R D E R |

On January 26, 2006, claimants filed a Motion to Stay Execution of Judgment Pending Appeal. (Doc. 66). On February 1, 2006, the Government filed its response (Doc. 68) and claimants filed a reply on February 3, 2006 (Doc. 69). In their reply, claimants withdraw the request to stay enforcement of the judgment as it relates to the truck.

**IT IS THEREFORE ORDERED** granting claimants' Motion to Stay Execution of Judgment Pending Appeal as it relates to the currency. (Doc. 66).

**IT IS FURTHER ORDERED** granting claimants' request to withdraw the stay enforcement of the judgment as it relates to the truck.

DATED this 6th day of February, 2006.

_____
Virginia A. Mathis
United States Magistrate Judge