PAUL K. CHARLTON
United States Attorney
District of Arizona

REID C. PIXLER
Assistant U.S. Attorney
Arizona State Bar. No. 12850
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
reid.pixler@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>1) $493,850.00 in U.S. Currency, and<br>2) One 1993 Ford F350 Truck,<br><br>　　　　Defendants,<br><br>Roy F. Bruno and Miguel Camacho,<br><br>　　　　Claimants. | CIV 03-2345-PHX-V.A.M.<br><br>**NOTICE OF CROSS APPEAL BY THE UNITED STATES** |

The United States of America, by and through undersigned counsel, gives this notice of appeal to the United States Court of Appeals for the Ninth Circuit of the Order, filed September 2, 2004, by United States Magistrate Judge Virginia A. Mathis, sitting as a United States District Court by agreement of the parties, which suppressed all evidence obtained after a legitimate traffic stop. The government will assert on appeal that no illegal search was conducted and that suppression of the evidence was error.

Respectfully submitted this 24th day of February, 2006.

　　　　　　　　　　　　　　　　　　PAUL K. CHARLTON
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona


　　　　　　　　　　　　　　　　　　/s Reid C. Pixler
　　　　　　　　　　　　　　　　　　REID C. PIXLER
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | ✓I hereby certify that on February 24, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: |

**Richard B Jones**
Law Office of Richard B Jones
273 S Scott Ave
Tucson, AZ 85701
520-884-1234
520-884-9687 (fax)
richard.b.jones@azbar.org
Counsel for Claimants

<u>S/Victoria Tiffany</u>
Victoria Tiffany